**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 25-cv-02955-GPG-TPO

MANUEL MOYA PINEDA,

     Applicant,

v.

JUAN BALTASAR,
  *warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,*
ROBERT GUADIAN,
  *Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his
  official capacity,*
KRISTI NOEM,
  *Secretary, U.S. Department of Homeland Security, in her official capacity,*
TODD LYONS,
  *Acting Director of Immigration and Customs Enforcement, in his official capacity,*
PAM BONDI,
  *Attorney general, U.S. Department of Justice, in her official capacity,*

     Respondents.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order on the Unopposed Motion for Judgment

(ECF 24) entered by United States District Judge Gordon P. Gallagher on January 12, 2026, it is

hereby

**ORDERED** that the Unopposed Motion for Judgment (ECF 23) is granted. It is

**FURTHER ORDERED** that Manuel Moya Pineda's Petition for Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is GRANTED in part. It is

**FURTHER ORDERED** that the case is closed.

Dated January 12, 2026, at Grand Junction, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:    s/Donald Clement
       Donald Clement
       Deputy Clerk